James E. **LAZZARINE** and Arleda
Lazzarine, Appellants,

v.

Jack **SAYERS** and Gloria
Sayers, Respondents.

No. WD 71645.

Missouri Court of Appeals,
Western District.

Aug. 31, 2010.

R. Scott Gardner, Sedalia, MO, for Appellants.

Jerry W. Potocnik, Blue Springs, MO, for Respondents.

Before Division II: JOSEPH M. ELLIS, Presiding Judge, and ALOK AHUJA and KAREN KING MITCHELL, Judges.

### Order

PER CURIAM:

This is an adverse possession case. The issue is whether the trial court erred in finding that the respondents had demonstrated *actual* possession of the subject property. We hold that the respondents did show actual possession. Therefore, we affirm. Rule 84.16(b).